Logan Smith
(admitted pro hac vice)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:    702-684-6000
Fax:    702-543-3279

*Attorneys for Court-Appointed Monitor*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries, | Case No. 17-cv-02967-JAD-PAL |

Plaintiff,

v.

LINDA HALLINAN, an individual;
CAROLYN HALLINAN, an individual;
DOES I-X; and ROE CORPORATIONS I-X,

Defendants.

**STIPULATION TO EXTEND TIME FOR DEFENDANTS LINDA HALLINAN AND CAROLYN HALLINAN TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

WHEREAS, Defendant Linda Hallinan was personally and properly served with process in full accord with Fed. R. Civ. Proc. 4 on January 30, 2018, and her deadline to respond to the Complaint is currently February 20, 2018;

WHEREAS, Defendant Carolyn Hallinan was personally and properly served with process in full accord with Fed. R. Civ. Proc. 4 on January 26, 2018, and her deadline to file her response to the Complaint is currently February 16, 2018; and

WHEREAS, the parties stipulate and agree, subject to Court approval, that the Defendants' deadline to file their response to the Complaint shall be extended to March 20, 2018.

Dated February 9, 2018.

SEMENZA KIRCHER RICKARD

/s/ Jarrod L Rickard
Lawrence J. Semenza, III, Esq.
Nevada Bar No. 7174
Jarrod L. Rickard
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

Attorneys for Linda Hallinan
and Carolyn Hallinan

Dated February 9, 2018.

LYNCH LAW PRACTICE, PLLC

/s/ Michael F. Lynch
Michael F. Lynch (NV 8555)
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

Logan D. Smith
(admitted pro hac vice)
Edward Chang
Nevada Bar No. 11783
MCNAMARA SMITH LLP
655 West Broadway
Suite 1600
San Diego, CA 92101

Attorneys for Thomas W. McNamara, in his
capacity as Court-Appointed Monitor

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 15, 2018

1