Logan D. Smith
(admitted pro hac vice)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:    702-684-6000
Fax:    702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries, | Case No. 17-cv-02967-JAD-PAL |
| | **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE HIS RESPONSE TO DEFENDANTS' MOTION TO DISMISS** |
| | **(SECOND REQUEST)** |
| Plaintiff, | |
| v. | **ORDER** |
| LINDA HALLINAN, an individual; CAROLYN HALLINAN, an individual; DOES I-X; and ROE CORPORATIONS I-X, | |
| Defendants. | |

1    Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor,

2  and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

3    WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on March 20,

4  2018 (ECF No. 14).

5    WHEREAS, Plaintiff and Defendants filed their first stipulation to extend time for

6  Plaintiff to respond to Defendants' Motion to Dismiss (ECF No. 16).

7    WHEREAS, the Court denied the first stipulation "without prejudice to the filing of a

8  new stipulation that contains that required statement of reasons for the extension" (ECF No. 17).

9    WHEREAS, Plaintiff's deadline to file a Response to the Defendants' Motion to Dismiss

10  is currently April 3, 2018.

11    WHEREAS, Plaintiff's deadline to file an Amended Complaint is currently April 10,

12  2018.

13    WHEREAS, Plaintiff's local counsel, Michael Lynch, is out of the country from

14  March 24, 2018 to April 2, 2018 on a family vacation with little to no cell service.

15    WHEREAS, Plaintiff's primary counsel, Logan Smith, has a previously scheduled family

16  vacation to Hawaii from March 31, 2018 to April 7, 2018.

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

WHEREAS, the parties stipulate and agree, subject to Court approval, that the Plaintiff's deadline to file a Response to Defendants' Motion to Dismiss the Plaintiff's Complaint or an Amended Complaint shall be extended to April 17, 2018.

Dated:  March 29, 2018

SEMENZA KIRCHER RICKARD


*/s/ Jarrod L. Rickard*_____
Lawrence J. Semenza, III
Nevada Bar No. 7174
Jarrod L. Rickard
Nevada Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145

*Attorneys for Linda Hallinan*
*and Carolyn Hallinan*

Dated:  March 29, 2018

MCNAMARA SMITH LLP


/s/ *Edward Chang*_____
Logan D. Smith
(admitted pro hac vice)
Edward Chang
Nevada Bar No. 11783
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, CA 92101

Michael F. Lynch (NV 8555)
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

*Attorneys for Thomas W. McNamara, in his*
*capacity as Court-Appointed Monitor*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE


Dated:_____March 30, 2018_____