Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants*
*Linda M. Hallinan and Carolyn Hallinan*

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC, et al, <br><br> Plaintiff, <br><br> v. <br><br> LINDA M. HALLINAN, an individual; CAROLYN HALLINAN, an individual; et al, <br><br> Defendants. | Case No. 2:17-cv-02967-JAD-PAL <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS LINDA HALLINAN AND CAROLYN HALLINAN TO RESPOND TO FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

WHEREAS, Plaintiff filed the Original Complaint against Defendants on November 29, 2017, and Defendants filed a Motion to Dismiss on March 20, 2018.

WHEREAS, Plaintiff filed a First Amended Complaint on April 17, 2018.

WHEREAS, Defendants' deadline to file a response to the First Amended Complaint is currently May 1, 2018;

WHEREAS, Defendants require additional time to respond to the First Amended Complaint as their counsel has run into conflicts with deadlines in other matters and needs additional time to generate an appropriate response.

1

1    THEREFORE, the parties hereby stipulate and agree, subject to court approval, that the

2   Defendants' deadline to file their response to the First Amended Complaint shall be extended to

3   May 15, 2018.

4   DATED this 27th day of April 2018                    DATED this 27th day of April 2018

5

6   SEMENZA KIRCHER RICKARD              MCNAMARA SMITH LLP

7

8   /s/ Jarrod L Rickard                              /s/ Edward Chang
    Lawrence J. Semenza, III, Esq., Bar No.7174       Edward Chang, Esq., Bar No, 11783
9   Christopher D. Kircher, Esq., Bar No. 11176       Logan D. Smith, Esq. (*admitted pro hac vice*)
    Jarrod L. Rickard, Eq., Bar No. 10203             655 West Broadway, Suite 1600
10  10161 Park Run Drive, Suite 150                   San Diego, CA 92101
    Las Vegas, NV 89145
11                                                    Michael F. Lynch, Esq., Bar No. 8555
12  *Attorneys for Defendants*                        LYNCH LAW PRACTICE, PLLC
    *Linda M. Hallinan and Carolyn Hallinan*          3613 S. Eastern Ave.
13                                                    Las Vegas, Nevada 89169

14                                                    *Attorneys for Thomas W. McNamara, in his*
15                                                    *capacity as Court-Appointed Monitor*

16
         **IT IS SO ORDERED.**
17

18

19  _____
    UNITED STATES MAGISTRATE JUDGE
20
    DATED: May 3, 2018
21

22

23

24

25

26

27

28

2