Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:　619-269-0400
Fax:　619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:　702-684-6000
Fax:　702-543-3279

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LINDA HALLINAN, an individual; CAROLYN HALLINAN, an individual; DOES I-X; and ROE CORPORATIONS I-X,<br><br>　　　　　Defendants. | Case No. 17-cv-02967-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as Court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree: |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as Court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on May 15, 2018 (ECF No. 29).

WHEREAS, Plaintiff's deadline to respond to the Motion to Dismiss is currently May 29, 2018.

WHEREAS, Plaintiff's counsel, Edward Chang, is scheduled to take vacation from May 21, 2018 through May 28, 2018 in Ireland. Mr. Chang made his vacation plans several months ago and incurred expenses, including airfare and accommodations.

WHEREAS, the parties stipulate and agree, subject to Court approval, that the Plaintiff's deadline to file a Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint shall be extended by one week to June 5, 2018.

| | |
|---|---|
| Dated: May 17, 2018 | Dated: May 17, 2018 |
| SEMENZA KIRCHER RICKARD | MCNAMARA SMITH LLP |
| */s/ Jarrod L. Rickard*_____<br>Lawrence J. Semenza, III<br>Nevada Bar No. 7174<br>Christopher D. Kircher<br>Nevada Bar No. 11176<br>Jarrod L. Rickard<br>Nevada Bar No. 10203<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br><br>*Attorneys for Linda Hallinan*<br>*and Carolyn Hallinan* | */s/ Edward Chang*_____<br>Logan D. Smith (*Pro Hac Vice*)<br>Edward Chang<br>Nevada Bar No. 11783<br>655 West Broadway, Suite 1600<br>San Diego, CA 92101<br><br>Michael F. Lynch (NV 8555)<br>LYNCH LAW PRACTICE, PLLC<br>3613 S. Eastern Ave.<br>Las Vegas, Nevada 89169<br><br>*Attorneys for the Court-Appointed Monitor,*<br>*Thomas W. McNamara* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 21, 2018.