Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Defendants*
*Linda M. Hallinan and Carolyn Hallinan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LINDA M. HALLINAN, an individual; CAROLYN HALLINAN, an individual; et al.,<br><br>Defendants. | Case No. 2:17-cv-02967-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS LINDA HALLINAN AND CAROLYN HALLINAN TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS FIRST AMENDED COMPLAINT (ECF NO. 29)**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

WHEREAS, Plaintiff filed a First Amended Complaint on April 17, 2018 and Defendants filed a Motion to Dismiss Amended Complaint on May 15, 2018.

WHEREAS, Plaintiff filed an Opposition to Defendants' Motion to Dismiss Amended Complaint on June 5, 2018.

WHEREAS, Defendants' deadline to file a Reply in Support of their Motion to Dismiss Amended Complaint ("Reply") is currently June 12, 2018.

///

1

1    WHEREAS, Defendants require additional time to file their Reply as their counsel have been occupied with other commitments in unrelated matters. In light of this, Plaintiff has agreed to Defendants' request for a ten-day extension of the deadline to file the Reply.

    THEREFORE, the parties hereby stipulate and agree, subject to court approval, that the Defendants' deadline to file a Reply in Support of their Motion to Dismiss Amended Complaint shall be extended to June 22, 2018.

DATED this 7th day of June 2018.                    DATED this 7th day of June 2018.

SEMENZA KIRCHER RICKARD                             MCNAMARA SMITH LLP

*/s/ Jarrod L. Rickard*                             */s/ Edward Chang*
Lawrence J. Semenza, III, Esq., Bar No. 7174        Logan D. Smith, Esq. (*Pro Hac Vice*)
Christopher D. Kircher, Esq., Bar No. 11176         Edward Chang, Esq., Bar No, 11783
Jarrod L. Rickard, Esq., Bar No. 10203              655 West Broadway, Suite 1600
10161 Park Run Drive, Suite 150                     San Diego, CA 92101
Las Vegas, Nevada 89145

                                                    Michael F. Lynch, Esq., Bar No. 8555
*Attorneys for Defendants,*                         LYNCH LAW PRACTICE, PLLC
*Linda M. Hallinan and Carolyn Hallinan*            3613 S. Eastern Ave.
                                                    Las Vegas, Nevada 89169

                                                    *Attorneys for Court-Appointed Monitor,*
                                                    *Thomas W. McNamara*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 11, 2018.

2