Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.: 702-684-6000
Fax: 702-543-3279

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>        Plaintiff,<br>v.<br><br>LINDA HALLINAN, an individual; CAROLYN HALLINAN, an individual; DOES I-X; and ROE CORPORATIONS I-X,<br><br>        Defendants. | Case No. 2:17-cv-02967-GMN-PAL<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(c), the stipulating parties, through undersigned counsel, jointly submit this stipulated Protective Order to govern the handling of information and materials produced in the course of discovery or filed with the Court in this action.

The Federal Rules of Civil Procedure grants the Court authority to impose reasonable limitations on the use, scope and timing of discovery and to otherwise control the discovery process. Fed. R. Civ. P. 26(c). This includes the ability to grant protective orders to protect sensitive and confidential information. *See id.*; *Montgomery vs. Etreppid Technologies, LLC*, 3:06-CV-0056-PMP VPC, 2009 WL 465941 (D. Nev. Feb. 25, 2009) ("Rule 26 further provides that protective orders may be entered to limit the scope of a deposition and to require that highly sensitive or confidential information is maintained as confidential.").

The Court may enter a protective order upon a showing of good cause. *Phillips ex rel. Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002); *see also Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1130 (9th Cir. 2003). Here, there is good cause for the entry of the Protective Order as follows:

Thomas W. McNamara, as the Court-Appointed Monitor in *Federal Trade Commission v. AMG Services, Inc.*, Case No. 2:12-cv-00536-GMN-VCF (D. Nev.), anticipates producing certain information and documents that contain consumer financial data that is relevant to the action. Examples of confidential information may include but are not limited to personal information in employee records, executed agreements containing confidentiality clauses, etc. In particular, this information can include consumer's account records, addresses, and other personal identifying information.

The stipulating parties agree that these records should be protected and thus request entry of a protective order to ensure that this confidential information is not disclosed to any person who does not need the information for the purposes of pursuing or defending the claims of this case who has stated that they approve of the form of the protective order. Any unauthorized disclosure of confidential information or documents in violation of the protective order is subject to discipline by the contempt powers of this Court.

It is the intent of the stipulating parties and the Court that information will not be designated as confidential for tactical reasons in this case and that nothing shall be designated without a good faith belief that there is good cause why it should not be part of the public record of this case. Additionally, consumers' privacy interests must be safeguarded. Accordingly, the parties respectfully submit that there is good cause for the entry of the attached proposed Protective Order (Exhibit A), pursuant to Federal Rule of Civil Procedure 26(c).

Dated: October 19, 2018

MCNAMARA SMITH LLP

By: s/ Logan D. Smith
    Logan D. Smith (*Pro Hac Vice*)
    Edward Chang (NV 11783)
    655 West Broadway, Suite 1600
    San Diego, California 92101
    Tel.: 619-269-0400
    Fax: 619-269-0401

    Michael F. Lynch (NV 8555)
    LYNCH LAW PRACTICE, PLLC
    3613 S. Eastern Ave.
    Las Vegas, Nevada 89169
    Tel.: 702-684-6000
    Fax: 702-543-3279

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

Dated: October 19, 2018

STRADLEY RONON STEVENS & YOUNG, LLP

By: s/ Adam J. Petitt
    Adam J. Petitt
    2005 Market Street, Suite 2600
    Philadelphia, PA 19103
    Tel.: 215-564-8130
    Fax: 215-564-8120

    Lawrence J. Semenza, III
    Christopher D. Kircher
    Jarrod L. Rickard
    SEMENZA KIRCHER RICKARD
    10161 Park Run Drive, Suite 150
    Las Vegas, NV 89145
    Tel.: 702-835-6803
    Fax: 702-920-8669
    ljs@skrlawyers.com
    cdk@skrlawyers.com
    jlr@skrlawyers.com

*Attorneys for Defendants Linda Hallinan and Carolyn Hallinan*

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2018