Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Adam Petitt, Esq. (*admitted Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Telephone: (215) 564-8130
Facsimile: (215) 564-8120

*Attorneys for Defendants*
*Linda M. Hallinan and Carolyn Hallinan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LINDA M. HALLINAN, an individual; CAROLYN HALLINAN, an individual; et al.,<br><br>Defendants. | Case No. 2:17-cv-02967-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS LINDA HALLINAN AND CAROLYN HALLINAN TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS (ECF NO. 51)**<br><br>**(FIRST REQUEST)** |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, and Defendants Linda Hallinan and Carolyn Hallinan ("Defendants") stipulate and agree:

WHEREAS, Plaintiff filed a Motion to Compel Discovery on November 9, 2018.

WHEREAS, Defendants' deadline to file a Response to the Motion to Compel Discovery (the "Response") is currently November 23, 2018.

1

WHEREAS, Defendants require additional time to file their Response as their counsel have been occupied with other commitments in unrelated matters. In light of this, Plaintiff has agreed to Defendants' request for a five-day extension of the deadline to file the Response.

THEREFORE, the parties hereby stipulate and agree, subject to court approval, that the Defendants' deadline to file a Response to Plaintiff's Motion to Compel Discovery shall be extended to November 28, 2018.

DATED this 21st day of November 2018.  DATED this 21st day of November 2018.

SEMENZA KIRCHER RICKARD  MCNAMARA SMITH LLP

/s/ Jarrod L. Rickard  /s/ Logan D. Smith
Lawrence J. Semenza, III, Esq., Bar No. 7174  Logan D. Smith, Esq. (*Pro Hac Vice*)
Christopher D. Kircher, Esq., Bar No. 11176  Edward Chang, Esq., Bar No, 11783
Jarrod L. Rickard, Esq., Bar No. 10203  655 West Broadway, Suite 1600
10161 Park Run Drive, Suite 150  San Diego, CA 92101
Las Vegas, Nevada 89145

Adam Petitt, Esq. (*admitted Pro Hac Vice*)  Michael F. Lynch, Esq., Bar No. 8555
Stradley Ronon Stevens & Young, LLP  LYNCH LAW PRACTICE, PLLC
2005 Market Street, Suite 2600  3613 S. Eastern Ave.
Philadelphia, PA 19103-7018  Las Vegas, Nevada 89169

*Attorneys for Defendants,*  *Attorneys for Court-Appointed Monitor,*
*Linda M. Hallinan and Carolyn Hallinan*  *Thomas W. McNamara*

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: November 28, 2018

2