Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Adam Petitt, Esq. (*admitted Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Telephone: (215) 564-8130
Facsimile: (215) 564-8120

*Attorneys for Defendant Carolyn Hallinan*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC, et al,<br><br>Plaintiff,<br><br>v.<br><br>LINDA HALLINAN, an individual; CAROLYN HALLINAN, an individual; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-02967 (GMN) (PAL)<br><br>**STIPULATION AND ORDER APPROVING SUBSTITUTION OF COUNSEL** |

Defendant Linda Hallinan respectfully requests that Lance Rogers, Esq., with the law firm of Rogers Castor, be substituted as her counsel of record in the above-captioned matter in the place and stead of Jarrod L. Rickard, Esq. of Semenza Kircher Rickard

1

and Andrew Stutzman, Esq., and Adam Petitt, Esq. of Stradley Ronon Stevens & Young, LLP.

DATED this 29th day of April, 2019.

By: _____
LINDA HALLINAN

## CONSENT TO SUBSTITUTION

The law firms of Semenza Kircher Rickard and Stradley Ronon Stevens & Young, LLP hereby consent to the substitution of David T. Brown, Esq., with the law firm of Brown, Brown & Premsrirut, as the counsel of record for Defendant Linda Hallinan in their place and stead.

DATED this 12 day of April, 2019.

STRADLEY RONON STEVENS & YOUNG, LLP

_____
Andrew Stutzman, Esq
Adam Petitt, Esq.
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018

DATED this 25 day of April, 2019.

SEMENZA KIRCHER RICKARD

_____
Jarrod L. Rickard, Esq.
10161 Park Run Drive, Ste. 150
Las Vegas, Nevada 89145

///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

I hereby accept the above and foregoing substitution of counsel for Defendant Linda Hallinan.

Dated this 25th day of April, 2019.

/s/ Lance Rogers
Lance Rogers
ROGERS CASTOR
26 East Athens Ave.
Ardmore, PA 19003

PLEASE TAKE NOTICE that all future communications and/or correspondence should be directed as follows:

Lance Rogers
ROGERS CASTOR
26 East Athens Ave.
Ardmore, PA 19003

Dated this 25th day of April, 2019.

/s/ Lance Rogers
Lance Rogers

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 2, 2019

3

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Kircher Rickard in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the ___ day of February, 2019, I served the document(s), described as:

**STIPULATION AND ORDER APPROVING SUBSTITUTION OF COUNSEL**

☒ by sending ☐ an original ☒ a true copy

☒ a. via **CM/ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

LYNCH LAW PRACTICE, PLLC
Michael F. Lynch, Esq. - Michael@LynchLawPractice.com, Christina@LynchLawPractice.com, christina_4354@ecf.courtdrive.com, lynch@ecf.courtdrive.com, lynchonline@gmail.com
&
MCNAMARA SMITH LLP
Logan D. Smith, Esq. - lsmith@mcnamarallp.com, jjacobs@mcnamarallp.com
Edward T. Chang, Esq. - echang@mcnamarallp.com, jjacobs@mcnamarallp.com, tmcnamara@mcnamarallp.com
*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor*

☒ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

Logan D. Smith *(Pro Hac Vice)*
Edward Chang (NV 11783)
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, CA 92101

Michael F. Lynch (NV 8555)
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

☐ c. **BY PERSONAL SERVICE.**

4

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ _____
An Employee of Semenza Kircher Rickard