LAWRENCE J. SEMENZA, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
CHRISTOPHER D. KIRCHER, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
JARROD L. RICKARD, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

Andrew Stutzman, Esq. (*admitted Pro Hac Vice*)
Adam Petitt, Esq. (*admitted Pro Hac Vice*)
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018
Telephone: (215) 564-8130
Facsimile: (215) 564-8120

*Attorneys for Carolyn Hallinan*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC, et al.,<br><br>Plaintiff,<br>v.<br>LINDA HALLINAN, et al.,<br><br>Defendants. | Case No. 2:17-cv-02967-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CAROLYN HALLINAN TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND PROTECTIVE ORDER**<br><br>**(First Request)**<br><br>Assigned to: Chief Judge Gloria M. Navarro |

4169879v.1

Plaintiff, Court-Appointed Monitor Thomas W. McNamara ("Plaintiff"), and Defendant Carolyn Hallinan ("Defendant"), hereby stipulate to the following:

1. That the deadline for Defendant to file her response to Plaintiff's Motion to Amend Protective Order, filed on June 11, 2019, is currently scheduled for June 25, 2019;

2. That Defendant requires additional time to respond beyond the current deadline in light of the following: (i) Plaintiff received a subpoena from the U.S. Attorney's Office, Eastern District of Pennsylvania, for documents produced in this case through discovery and that are subject to the Protective Order; (ii) Defendant and Plaintiff are communicating with the Government regarding the documents sought in an effort to reach an agreement which would render the need to amend the Protective Order moot;

3. Therefore, Defendant shall have up to and including July 10, 2019, to file her response to Plaintiff's motion.

Dated: June 25, 2019

McNAMARA SMITH LLP

By: s/ Logan D. Smith
   Logan D. Smith (*Pro Hac Vice*)
   Edward Chang (NV 11783)
   655 West Broadway, Suite 1600
   San Diego, California 92101
   Tel.: 619-269-0400
   Fax: 619-269-0401

   Michael F. Lynch (NV 8555)
   LYNCH LAW PRACTICE, PLLC
   3613 S. Eastern Ave.
   Las Vegas, Nevada 89169
   Tel.: 702-684-6000
   Fax: 702-543-3279

*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*

Dated: June 25, 2019

STRADLEY RONON STEVENS & YOUNG, LLP

By: s/ Adam J. Petitt
   Adam J. Petitt (*Pro Hac Vice*)
   2005 Market Street, Suite 2600
   Philadelphia, PA 19103
   Tel.: 215-564-8130
   Fax: 215-564-8120

   Lawrence J. Semenza, III (NV 7174)
   Christopher D. Kircher (NV 11176)
   Jarrod L. Rickard (NV 10203)
   SEMENZA KIRCHER RICKARD
   10161 Park Run Drive, Suite 150
   Las Vegas, NV 89145
   Tel.: 702-835-6803
   Fax: 702-920-8669

*Attorneys for Defendant Carolyn Hallinan*

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

DATED: June 26, 2019

1

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Kircher Rickard in Clark County, Nevada. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 25th day of June 2019, I served the document(s), described as:

**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DEFENDANT CAROLYN HALLINAN TO FILE RESPONSE TO PLAINTIFF'S MOTION TO AMEND PROTECTIVE ORDER**
**(First Request)**

☒   by sending   ☐ an original ☒ a true copy

☒   a.   via **CM/ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

LYNCH LAW PRACTICE, PLLC
Michael F. Lynch, Esq. - Michael@LynchLawPractice.com, Christina@LynchLawPractice.com, christina_4354@ecf.courtdrive.com, lynch@ecf.courtdrive.com, lynchonline@gmail.com
&
MCNAMARA SMITH LLP
Logan D. Smith, Esq. - lsmith@mcnamarallp.com, jjacobs@mcnamarallp.com
Edward T. Chang, Esq. - echang@mcnamarallp.com, jjacobs@mcnamarallp.com, tmcnamara@mcnamarallp.com
Cornelia J. B. Gordon, cgordon@mcnamarallp.com, jjacobs@mcnamarallp.com
*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor*

BROWN, BROWN & PREMSRIRUT
David T. Brown, dbrown@brownlawlv.com
*Attorneys for Defendant Linda Hallinan*

ROGERS CASTOR
Lance Rogers, lance@rogerscastor.com
*Attorneys for Defendant Linda Hallinan*

☐   b.   **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Kircher Rickard's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day, which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐   c.   **BY PERSONAL SERVICE.**

☐   d.   **BY DIRECT EMAIL.**

*///*

☐   e.  **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Olivia A. Kelly*
An Employee of Semenza Kircher Rickard
